
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| LEO EDWARD WHELAN, | § § § | CASE NO. 15-41659 |
| Debtor. | § § | |
| DEEP CREEK RESOURCES, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | ADVERSARY NO. 16-4016 |
| LEO EDWARD WHELAN, | § § | |
| Defendant. | § § | |

## AGREED FINAL JUDGMENT

ON THIS DAY, Plaintiff Deep Creek Resources, LLC ("Deep Creek") and Defendant Leo Edward Whelan ("Whelan") filed their Agreed Motion for Entry of Final Judgment. The Court finds that this Agreed Final Judgment should be approved and entered in accordance with the agreement of the parties as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the debt evidenced by the Agreed Judgment entered by the 192nd Judicial District, Dallas County, Texas on September 17, 2013 (the "State Court Judgment"), and supported by Deep Creek's Proof of Claim Number 10, is hereby excepted from discharge under 11 U.S.C. § 523(a). As such, Whelan's debt to Deep Creek in the amount of $3,918,970.63 shall not be discharged in the above-referenced bankruptcy proceeding.

IT IS FURTHER ORDERED that the debt evidenced by this Judgment shall be treated by the parties as follows:

    a. Whelan shall make minimum payments of $150,000 per year, beginning at the one-year anniversary of the earlier of (i) the date Whelan's above-referenced bankruptcy case is closed; (ii) the date Whelan's above-referenced bankruptcy case is dismissed; or (iii) the date the Court grants or denies Whelan's discharge (the "First Payment Year").

    b. Whelan shall pay Deep Creek a percentage of any brokerage commissions (net of any income tax allocations) due to Whelan as follows:

        i. Whelan shall pay Deep Creek 60% of any commissions under $700,000;
        ii. Whelan shall pay Deep Creek 75% of any commissions between $700,001 and $1,000,000; and
        iii. Whelan shall pay Deep Creek 80% of any commissions over $1,000,001.

    c. If Whelan pays Deep Creek $3,000,000 of the outstanding debt within three (3) years of the First Payment Year ("Early Payment"), the parties shall consider Whelan's debt under the judgment paid in full. If Whelan does not complete Early Payment, Whelan shall remain liable for the full amount of his debt to Deep Creek, in the amount of $3,918,970.63.

    d. Whelan shall provide Deep Creek with a monthly accounting and report on all income related activities. Such accountings and reports shall be prepared by a certified public accountant.

IT IS FURTHER ODERED that Deep Creek shall not attempt to collect on or pursue any legal action in connection with this Judgment unless Whelan fails to comply with one of the requirements listed above. In the event Whelan fails to comply with one of the above-listed requirements, Deep Creek shall be allowed all writs and processes necessary in the enforcement and collection of the Judgment in the full amount of $3,918,970.63.

IT IS FURTHER ORDERED that the parties shall bear their own costs and fees incurred in this adversary proceeding.

IT IS FURTHER ODERED that this Judgment is final and shall dispose of all claims and parties.

IT IS FURTHER ORDERED that all relief not expressly granted herein is denied.

Signed on 06/17/2016

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND SUBSTANCE
AND ENTRY REQUESTED:**

*/s/ Lauren K. Drawhorn*
David J. Drez III
State Bar No. 24007127
david.drez@wickphillips.com
Lauren K. Drawhorn
State Bar No. 24074528
lauren.drawhorn@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile:   (817) 332-7789

**ATTORNEYS FOR
DEEP CREEK RESOURCES, LLC**

*/s/ Robert T. DeMarco*
Robert T. DeMarco
State Bar No. 24014543
robert@demarcomitchell.com

**DEMARCO-MITCHELL, PLLC**
1255 West 15th St., 805
Plano, TX 75075
Telephone: (972) 578-1400

**ATTORNEY FOR LEO EDWARD
WHELAN**